M/D I

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA RECEIVED

2023 MAY 15  A 10: 54

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Justin K. Borden ⠀⠀⠀⠀⠀ )
_____ )
Full name and prison name of ⠀)
Plaintiff(s) ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
v. ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Commissioner; Hamm ⠀⠀⠀)
_____ )
Governor; Ivey ⠀⠀⠀⠀⠀⠀⠀)
_____ )
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
_____ )
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Name of person(s) who violated your ⠀)
constitutional rights. (List the names ⠀)
of all the person.) ⠀⠀⠀⠀⠀⠀⠀⠀⠀)

CIVIL ACTION NO._____
(To be supplied by Clerk of U.S. District
Court)

2:23-CV-325-ECM-KFP

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☑  No ☐

   B.   Have you begun other lawsuits in state, or federal court relating to your imprisonment?   YES ☑   NO ☐

   C.   If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff (s)   Justin K. Borden
         _____

         Defendant(s)   Commissioner; Hamm
         _____

      2.   Court (if federal court, name the district; if state court, name the county)

         US District, (Middle)
         _____

3. Docket number _"Not Sure"_

4. Name of judge to whom case was assigned _Steven Doyle_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _Pending_

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _June – July – August ..._

II. PLACE OF PRESENT CONFINEMENT _Easterling Correctional Facility._

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _I was at Elmore Correctional Facility, although, the same conditions exists at all of the Prisons_

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. Commissioner; Hamm | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED - _When I enterd Prison._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Cruel and unusual Punishment ; understaffing_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

There are not enough Staff + officers to ensure my safety and well being.

GROUND TWO: Cruel and unusual Punishment; overcrowding

SUPPORTING FACTS: The term "overcrowding" speaks for itself.

GROUND THREE: Cruel and unusual Punishment.

SUPPORTING FACTS: Unsanitary living Conditions

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

Let me go home.  Pay Me.  "Financial Copensation"

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ May 7, 2023 _____
                (Date)

_____
Signature of plaintiff(s)

Justin K. Borden ; AIS#(282077)
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

LEGAL USE ONLY

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."



FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 36017   $ 000.84⁰
02 7H
0001310127    MAY 12 2023

Circuit Clerk.
One Church St.
Montgomery AL, 36104