My name is Justin K. Borden.
I have to inform you that, the facility I am at does not give me my mail accurately, meaning, most of the time I recieve my mail several weeks, "sometimes months" after it is sent to me. Due to this, I do not have ~~all all~~ all the information I suppose to have Consisting of the Status of the previous Lawsuit.

But what I do know is, I am at a different facility and the problem remains the same which should make it two counts of Cruel and unusual Punishment.

I do not have a Job, so no I cant pay no court fees, and the money my family may send me from time to time goes towards my Cosmetics, thank you.

Justin Bor~~~

2:23-CV-325-ECM-KFP

RECEIVED
2023 MAY 15 A 10:54
TROY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LEGAL USE ONLY